| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00210 DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| CARLO STEFANELLO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and David Torres, attorney for the defendant, that the status conference set for March 12, 2018 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to April 9, 2018 at 1:00 p.m. The reason for the request is the parties are engaging in further investigation on the matter and the defendant may not be available to appear on March 19 due to another jurisdiction requiring his appearance on a different matter.

///

///

///

///

///

///

///

///

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through July 23, 2018 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: March 8, 2018 Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: March 8, 2018  /s/ David Torres
DAVID TORRES
Attorney for Defendant

ORDER

IT IS SO ORDERED THAT the 3rd Status Conference is continued from March 12, 2018 to April 9, 2018 at 1:00PM before Judge McAuliffe. Time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  **March 9, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE